# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146377 & (19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY GUY RINGLE,
      Defendant-Appellant.

SC: 146377
COA: 308116
Calhoun CC: 2007-002377-FC

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the November 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

h0617